NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL WYNE MUMFORD,　　　　　)
DOC #S42898,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　 )
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Case No. 2D18-1617
　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　)
_____ )

Opinion filed February 6, 2019.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

　　　　　　Affirmed.


LaROSE, C.J., and SALARIO and BADALAMENTI, JJ., Concur.